Board of Mgrs. of the Biltmore Towers Condominium v Cox (2025 NY Slip Op 51277(U))

[*1]

Board of Mgrs. of the Biltmore Towers Condominium v Cox

2025 NY Slip Op 51277(U)

Decided on August 11, 2025

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through August 18, 2025; it will not be published in the printed Official Reports.

Decided on August 11, 2025
Supreme Court, Westchester County

Board of Managers of the Biltmore Towers Condominium, Petitioner,

against
Gerald W. Cox, Barbara Andralliski and Monica Andralliski, Respondents.

Index No. 65507/2025

Jay L. Yackow, Esq.
Attorney for Petitioner
355 Post Avenue, Suite 201
Westbury, New York 11590
Gerald Cox
Barbara Andralliski
Monica Andralliski

Linda S. Jamieson, J.

The following paper numbered 1 was read on this motion:
Paper Number
Notice of Petition, Petition and Exhibits 1
Petitioner, the Board of Managers of a condominium in White Plains, brings its petition seeking $7,136.76 in unpaid common charges, special assessments and late fees that have accrued since November 1, 2024. Respondent Cox is the unit owner, and the other two respondents are the tenants in the unit. Although all were served with the petition and notice of petition, none filed any answer. According to the ledger submitted with this petition, it appears that $7,136.76 is due as of June 2025.
Petitioner also seeks $3,500 in attorneys' fees, based on a provision in the By-laws that [*2]allows for reasonable counsel fees. Petitioner does not submit to the Court any evidence of the fees it has incurred. The Court finds that this is an unreasonable amount of fees given the simplicity of this matter. The Court finds that $2,000 is a more reasonable amount of fees, representing five hours' work at $400 per hour.
Petitioner shall send a copy of this Decision and Order to all respondents by overnight mail within two business days of receipt. Petitioner may submit a proposed Judgment to the Judgment Clerk, on notice to respondents by overnight mail, in the amount of $9,136.76, plus interest at the statutory rate from the date of entry of the Judgment.
The foregoing constitutes the decision and order of the Court.[FN1]

Dated: August 11, 2025
White Plains, New York
HON. LINDA S. JAMIESON, J.S.C.
Justice of the Supreme Court

Footnotes

Footnote 1:All other arguments raised on this motion and all materials submitted by the parties in connection therewith have been considered by this Court, notwithstanding the specific absence of reference thereto.